# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. LEE,<br>    Petitioner<br><br>v.<br><br>E. BRADLEY,<br>    Respondent | No. 1:21-cv-1503<br><br>(Judge Rambo) |

## ORDER

**AND NOW**, on this 3rd day of November 2021, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                      s/ Sylvia H. Rambo
                                      United States District Judge